| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RAYMOND AIGBEKAEN, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:20-CV-33
§
UNITED STATES OF AMERICA, §
§
    Defendant. §

**MEMORANDUM ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Plaintiff Raymond Aigbekaen, proceeding *pro se*, filed this lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that this lawsuit dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

    The court has received the Report and Recommendation, along with the record and pleadings. No objections were filed to the magistrate judge's Report and Recommendation.

**ORDER**

    Accordingly, the findings of fact and conclusions set forth in the Report and Recommendation are correct and the Report of the magistrate judge is **ADOPTED** as the opinion of the court. An appropriate final judgment will be entered. The dismissal of this lawsuit is based on plaintiff's failure to provide the court with certain financial information. If plaintiff wishes to have this case reinstated, he may do so by providing the financial information within 60 days of the date set forth below.

    SIGNED at Beaumont, Texas, this 6th day of April, 2021.

                                                             MARCIA A. CRONE
                                                     UNITED STATES DISTRICT JUDGE